No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for award of interim fees and expenses granted, and allocation set forth in the motion approved. This amount is to be

paid equally by the parties.